STATE v. CAMPBELL

No. 236A92

Case below: 106 N.C.App. 392

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 September 1992.

STATE v. FAY

No. 190P92

Case below: 106 N.C.App. 229

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. HART

No. 143P92

Case below: 105 N.C.App. 542

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. HARVEY

No. 282P92

Case below: 106 N.C.App. 706

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. JOHNSON

No. 130P92

Case below: 105 N.C.App. 390

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.